MᴄCORRISTON MILLER MUKAI MᴀᴄKINNON LLP

DAVID J. MINKIN          #3639-0
JESSE J. T. SMITH        #9403-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: (808) 529-7300
Facsimile No.: (808) 524-8293
E-mail: minkin@m4law.com
        smith@m4law.com

ALSTON & BIRD LLP

ANGELA M. SPIVEY (*admitted pro hac vice*)
ANDREW G. PHILLIPS (*admitted pro hac vice*)
JAMIE S. GEORGE (*admitted pro hac vice*)
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone No.: (404) 881-7000
Facsimile No.: (404) 881-7777
E-mail: angela.spivey@alston.com
        andrew.phillips@alston.com
        jamie.george@alson.com

Attorneys for Defendant
KENNEDY ENDEAVORS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL MAEDA and RICK SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs. | ) CIVIL NO. 18-00459 JAO-WRP<br>)<br>) DEFENDANT'S MOTION TO<br>) EXCLUDE THE TESTIMONY OF<br>) PLAINTIFFS' EXPERT STEFAN<br>) BOEDEKER; MEMORANDUM<br>) OF LAW IN SUPPORT;<br>) CERTIFICATE OF |

| | |
|---|---|
| KENNEDY ENDEAVORS, INC., a corporation; and DOES 1 through 50,<br><br>Defendants.<br><br><br><br><br><br><br><br><br><br><br><br><br><br>_____ | ) COMPLIANCE; CERTIFICATE<br>) OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) JUDGE: Hon. Jill A. Otake<br>) TRIAL: September 27, 2021 |

## DEFENDANT'S MOTION TO EXCLUDE THE
## TESTIMONY OF PLAINTIFFS' EXPERT STEFAN BOEDEKER

Kennedy Endeavors, Inc. ("Defendant") respectfully moves this Court to exclude the Expert Report of Stefan Boedeker (Dkt. 96-33) and the testimony given at his deposition on December 11, 2020.  This Motion is made following the conferences of counsel pursuant to Civil Local Rule 7.8 which took place February 12, 2021.

Defendant's motion is based upon the grounds set forth in the incorporated Memorandum of Law, submitted concurrently herewith, and the Declaration of Andrew G. Phillips and the exhibits, filed with Defendant's Response Brief in Opposition to Plaintiffs' Motion for Class Certification (Dkt. 96), filed on February 22, 2021 (Dkt. No. 118), in addition to any argument or documentary evidence as may be presented at a hearing on this Motion and the complete pleadings and files in this action.

64094/419165.2                                     2

DATED: Honolulu, Hawai'i, February 22, 2021.

/s/ David J. Minkin
DAVID J. MINKIN
JESSE J. T. SMITH
ANGELA M. SPIVEY (*pro hac vice*)
ANDREW G. PHILLIPS (*pro hac vice*)
JAMIE S. GEORGE (*pro hac vice*)

Attorneys for Defendant
KENNEDY ENDEAVORS, INC.

3