IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL MAEDA and RICK SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KENNEDY ENDEAVORS, INC., a corporation; and DOES 1 through 50,<br><br>Defendants.<br>_____ | CIVIL NO. 18-00459 JAO-WRP<br><br>CERTIFICATE OF COMPLIANCE |

CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that pursuant to LR 7.4, the foregoing document complies with the page length and word count limitations, containing 6,374 words as ascertained using the word processing software's word count application. Pursuant to LR 10.2, the document was prepared using 14-point font, Times New Roman style.

64094/419165.2LEGAL02/40259155v1

2

    DATED: Honolulu, Hawaiʻi, February 22, 2021.

                                              /s/ David J. Minkin
                                              DAVID J. MINKIN
                                              JESSE J. T. SMITH
                                              ANGELA M. SPIVEY (*pro hac vice*)
                                              ANDREW G. PHILLIPS (*pro hac vice*)
                                              JAMIE S. GEORGE (*pro hac vice*)

                                              Attorneys for Defendant
                                              KENNEDY ENDEAVORS, INC.