MCCORRISTON MILLER MUKAI MACKINNON LLP

DAVID J. MINKIN #3639-0
JESSE J. T. SMITH #9403-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: (808) 529-7300
Facsimile No.: (808) 524-8293
E-mail: minkin@m4law.com
  smith@m4law.com

ALSTON & BIRD LLP

ANGELA M. SPIVEY (*admitted pro hac vice*)
ANDREW G. PHILLIPS (*admitted pro hac vice*)
JAMIE S. GEORGE (*admitted pro hac vice*)
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone No.: (404) 881-7000
Facsimile No.: (404) 881-7777
E-mail: angela.spivey@alston.com
  andrew.phillips@alston.com
  jamie.george@alson.com

Attorneys for Defendant
KENNEDY ENDEAVORS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL MAEDA and RICK SMITH, individually and on behalf of all others similarly situated, | CIVIL NO. 18-00459 JAO-WRP |
| Plaintiffs, | DEFENDANT KENNEDY ENDEAVORS, INC.'S NOTICE OF FILING OF AMENDED RULE 7.8 STATEMENT IN SUPPORT OF |
| vs. | MOTION TO STRIKE PLAINTIFF MICHAEL MAEDA'S "SHAM" |

419293.1

| | |
|---|---|
| KENNEDY ENDEAVORS, INC., a corporation; and DOES 1 through 50,<br><br>Defendants. | DEPOSITION TESTIMONY (DKT. 119); CERTIFICATE OF SERVICE<br><br>JUDGE:  Hon. Jill A. Otake<br>TRIAL:   September 27, 2021 |

DEFENDANT KENNEDY ENDEAVORS, INC.'S NOTICE OF FILING OF AMENDED RULE 7.8 STATEMENT IN SUPPORT OF MOTION TO STRIKE PLAINTIFF MICHAEL MAEDA'S "SHAM" DEPOSITION TESTIMONY (DKT. 119)

Pursuant to Civil Local Rule 7.8, Section II of the Court's General Civil Case Procedures Before Judge Otake, and the Court's February 23, 2021 Order (Dkt. 123), Kennedy Endeavors, Inc. ("Defendant") hereby notifies the Court of the filing of the following for use by the Court in its consideration of Defendant's Motion to Strike Plaintiff Michael Maeda's "Sham" Deposition Testimony (Dkt. 119).

DATED: Honolulu, Hawai'i, February 24, 2021.

/s/ David J. Minkin
DAVID J. MINKIN
JESSE J. T. SMITH
ANGELA M. SPIVEY (*pro hac vice*)
ANDREW G. PHILLIPS (*pro hac vice*)
JAMIE S. GEORGE (*pro hac vice*)
Attorneys for Defendant
KENNEDY ENDEAVORS, INC.