**THE LAW OFFICES OF BRANDEE J.K. FARIA, LLLC**
BRANDEE J.K. FARIA  6970
1164 Bishop Street, Suite 933
Honolulu, Hawai'i 96813
Telephone: (808) 523-2300
E-mail: brandee@farialawfirm.com

**THE WAND LAW FIRM, P.C.**
AUBRY WAND   9687
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 590-4503
E-mail: awand@wandlawfirm.com

**FARUQI & FARUQI, LLP**
BENJAMIN HEIKALI    (Admitted Pro Hac Vice)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
E-mail: bheikali@faruqilaw.com

**FARUQI & FARUQI, LLP**
TIMOTHY J. PETER     (Admitted Pro Hac Vice)
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5771
E-mail: tpeter@faruqilaw.com

Attorneys for Plaintiffs Michael Maeda and Rick Smith

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MICHAEL MAEDA and RICK SMITH, | ) ) ) | CIVIL ACTION NO. 18-00459 JAO-WRP |
| Plaintiffs, | ) ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | ) | JUDGE: Hon. Jill A. Otake |

|  |  |
|---|---|
| KENNEDY ENDEAVORS, INC., a corporation; and DOES 1 through 50, | ) ) ) ) |
| Defendants. | ) ) ) ) ) ) ) ) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiffs Michael Maeda and Rick Smith, and Defendant Kennedy Endeavors, Inc. ("the Parties"), who pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice with all Parties to bear their own fees, costs and expenses. No claims, including any counterclaim, cross-claim, or third-party claim, will remain following dismissal. Pursuant to Rule 41(a)(1)(A)(ii), this stipulation of dismissal with prejudice is consented to and signed by all Parties.

DATED: Honolulu, Hawaii
December 29, 2021

Respectfully submitted by:

*/s/ Aubry Wand*
Brandee J.K. Faria
Aubry Wand
Benjamin Heikali (*pro hac vice*)
Timothy J. Peter (*pro hac vice*)

Attorneys for Plaintiffs

|  |  |
|---|---|
|  | MICHAEL MAEDA and RICK SMITH<br>Respectfully submitted by: |
|  | */s/ Andrew G. Phillips* |
| DATED: Atlanta, Georgia,<br><br>December 29, 2021 | DAVID J. MINKIN<br>BRETT R. TOBIN<br>ANGELA M. SPIVEY (*pro hac vice*)<br>ANDREW G. PHILLIPS (*pro hac vice*)<br>JAMIE S. GEORGE (*pro hac vice*)<br>ALAN F. PRYOR (*pro hac vice*)<br><br>Attorneys for Defendant<br>KENNEDY ENDEAVORS, INC. |
| DATED: December 29, 2021 | Consented to:<br><br>*/s/ Michael Maeda*<br>MICHAEL MAEDA, Plaintiff |
| DATED: December 29, 2021 | Consented to:<br><br>*/s/ Rick Smith*<br>RICK SMITH, Plaintiff |

3

DATED: December 29, 2021            Consented to:

/s/ *Theresa R. Shea*

THERESA R. SHEA
EVP, GC & Corporate Secretary for
Defendant KENNEDY ENDEAVORS, INC.

APPROVED AS TO FORM:



Jill A. Otake
United States District Judge

Civil No. 18-00459 JAO-WRP, *Maeda, et al. v. Kennedy Endeavors, Inc.*;
STIPULATION OF DISMISSAL WITH PREJUDICE